In sum, for the foregoing reasons, we hold that the calculation employed by USIC is arbitrary and capricious, and to the extent that USIC construes the terms of the policy to justify that result, it constitutes an abuse of discretion that deprives USIC of the deference in interpreting its own policy language to which it would otherwise be entitled. *See McDaniel v. Chevron Corp.*, 203 F.3d 1099, 1113 (9th Cir.2000). Consequently, we reverse and remand. Because we have concluded that Elliot should have received $8,905/month from USIC beginning in February 2003, on remand the district court should determine: 1) how much USIC should have paid Elliot in subsequent years through today, and 2) how much USIC's 2006 clawback of Elliot's benefits *should* have been relative to what was actually clawed back. **REVERSED AND REMANDED**

**Rito VARGAS–MARQUEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71349.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 16, 2011.*

Filed Sept. 21, 2011.

Jesus Manuel Sanchez, Esquire, J. Manuel Sanchez & Associates, San Ysidro, CA, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Allen Warren Hausman, Esquire, Senior Litigation Counsel, OIL, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, BERZON, and BEA, Circuit Judges.

MEMORANDUM **

Pursuant to this court's decision in *Ruben Reyes–Torres v. Holder*, 645 F.3d 1073 (9th Cir.2011), the order of the Board of Immigration Appeals is vacated and the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**

**Jesus TORRES–JIMENEZ, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–70895.

United States Court of Appeals, Ninth Circuit.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 14, 2011.*

Filed Sept. 21, 2011.

Stacy Tolchin, Law Offices of Stacy Tolchin, Los Angeles, CA, for Petitioner.

Elizabeth Young, U.S. Department of Justice, Washington, DC, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: PAEZ, BERZON, and BEA, Circuit Judges.

MEMORANDUM **

Pursuant to this court's decision in *Ruben Reyes–Torres v. Holder*, 645 F.3d 1073 (9th Cir.2011), the order of the Board of Immigration Appeals is vacated and the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jonathan Michael McGINLEY,**
**Defendant–Appellant.**

**No. 10–30055.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Dec. 8, 2010.

Filed Sept. 21, 2011.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.